IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

KAREN D. R.,[1]

    Plaintiff,

v.                                        Case No. 2:22-cv-259

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on July 11, 2023 (ECF No. 18). The time to file objections has expired, and neither party has objected to the Report and Recommendation. Having reviewed the Report and Recommendation, and having considered the record and the Report and Recommendation and finding no error, it is hereby ORDERED:

(1)     The Report and Recommendation (ECF No. 18) is ADOPTED as the opinion of this Court.

(2)     Plaintiff's Motion for Summary Judgment (ECF No. 13) is GRANTED.

(3)     Defendant's Motion for Summary Judgment (ECF No. 15) is DENIED.

(4)     This case is REMANDED for further proceedings.

Let the Clerk of the Court send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: August 4, 2023

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.